USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES STRESS, PAUL SHREVE, DONALD SHORTER
and JONATHAN TAYLOR, each on behalf of
themselves, individually, and all others
similarly-situated,

           Dkt. No.: 1:15-cv-3635-AKH-RLE

           **ORDER OF VOLUNTARY
           DISMISSAL WITH PREJUDICE**

           Plaintiffs,

-against-

42ND STREET KITCHEN LLC, d/b/a KTCHN, and XL
DANCE BAR, LLC, and ANTON WASHINGTON, a/k/a
"GLEN" WASHINGTON, in his individual and professional
capacities,

           Defendants.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through their undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice as to all claims against all Defendants that were not resolved by way of an Offer of Judgment in accordance with Rule 68 of the Federal Rules of Civil Procedure (*i.e.*, ECF #s 35-41), with each party to bear its own fees and costs.

Dated: March __, 2017

_____
Michael R. Minkoff, Esq.
BORRELLI & ASSOCIATES, P.L.L.C.
*Counsel for Plaintiffs*

**SO ORDERED.**

Dated: New York, New York
           _____, 2017

Dated: March 20 2017

_____
Ilan Weiser, Esq.
GREENWALD DOHERTY LLP
*Counsel for Defendants*

A "Cheeks" hearing will be held March 31, 2017, 11:00 a.m. to consider the fairness of the settlement and if the case should be dismissed.

_____
The Hon. Alvin K. Hellerstein, U.S.D.J.

3/22/17